UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSE ISIDRO CARBALLO, | ) | NO.  EDCV 13-149-JFW (AGR) |
| Plaintiff, | ) | |
| v. | ) | ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| J. T. BURT, Lieutenant, et al., | ) | |
| Defendants. | ) | |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. Plaintiff has not filed any Objections to the Report.  The Court accepts the findings and recommendation of the Magistrate Judge.

    IT IS ORDERED that Judgment be entered granting Defendants' motion to dismiss and dismissing this action with prejudice.

DATED: February 24, 2014

_____
JOHN F. WALTER
United States District Judge