JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ISIDRO CARBALLO,<br><br>        Plaintiff,<br><br>   v.<br><br>J. T. BURT, Lieutenant, et al.,<br><br>        Defendants. | NO. EDCV 13-149-JFW (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that Defendants' motion to dismiss is granted and this action is dismissed with prejudice.

DATED: February 24, 2014                    _____
                                             JOHN F. WALTER
                                             United States District Judge